UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

SAMUEL BROWN, III,  :
    Plaintiff,  :
                                        :
    v.  :    No. 5:21-cv-04573
                                        :
TAIT TOWERS MANUFACTURING, LLC,  :
    Defendant.  :

**O R D E R**

**AND NOW**, this 21st day of January, 2022, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

    1.    Defendant's Partial Motion to Dismiss, ECF No. 4, is **GRANTED in part** and **DENIED in part** as follows:

        A.    To the extent any of Plaintiff's Title VII claims are based on acts occurring prior to September 10, 2019, they are dismissed as time barred.

        B.    To the extent any of Plaintiff's PHRA claims are based on acts occurring prior to January 8, 2020, they are dismissed as time barred.

        C.    To the extent any of Plaintiff's claims are based on allegations that were not raised in the administrative discrimination charge, *see* Compl. ¶¶ 56-64, 87-90, ECF No. 1, they are dismissed for failure to exhaust.

    2.    **Within fourteen days of the date of this Order**, Defendant shall file an answer to the Complaint.

                                                      BY THE COURT:

                                                      */s/ Joseph F. Leeson, Jr.*
                                                      JOSEPH F. LEESON, JR.
                                                      United States District Judge